**Form 726**[Deficiency Notice]

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF UTAH

In re:

    Chris Andrew Biro

            Debtor(s).

Case No. 11−20873 RKM
Chapter 7

## DEFICIENCY NOTICE

    The Chapter 7 Petition filed with the Court on 1/25/11 was not accompanied by lists, schedules, statements or other documents required by the United States Bankruptcy Code. Federal Rules of Bankruptcy Procedure 1007 and 2016 set forth specific papers that are required to be filed with the Court.

    **By the due date(s) specified below,** you must file the papers listed below with the Clerk of Court, United States Bankruptcy Court, 350 South Main Street, Room 301, Salt Lake City, Utah 84101. If you feel you are not required to file the listed papers, you may file an explanation of why the papers are not required, or, if grounds exist, a motion to extend the time for filing the missing papers and proposed order. Failure to timely comply may cause your case to be dismissed as described below.

    DEFICIENCY NOTICE. MISSING PAPERS REQUIRED TO BE FILED: Chapter 7 Means Test, Payment Advices/Evidences of Payment, Schedule A−J, Statement of Financial Affairs, Summary of Schedules, Statistical Summary of Certain Liabilities, Incomplete Filings due by 2/8/2011. (fsl)

    If you fail to file all of the missing papers specified above by the date(s) indicated, the United States Trustee or a party in interest may file a motion and schedule a hearing to seek dismissal of your case for unreasonable delay.

---

### IMPORTANT − YOUR RIGHTS MAY BE AFFECTED:

If you fail to file all of the missing papers specified above within **45 days** after the filing of your bankruptcy petition, your case may be **automatically dismissed** without further notice or hearing. 11 U.S.C. § 521(i)

---

Dated: January 26, 2011

                                                      David A. Sime
                                                      Clerk of Court

# CERTIFICATE OF NOTICE

```
District/off: 1088-2          User: fsl                   Page 1 of 1                   Date Rcvd: Jan 26, 2011
Case: 11-20873                Form ID: f726               Total Noticed: 2
```

The following entities were noticed by first class mail on Jan 28, 2011.
```
db           +Chris Andrew Biro,    HC 64 Box 1905,    Moab, UT 84532-9611
aty          +David T. Berry,    Berry & Tripp,    5296 South Commerce Drive,    Suite 200,
              Salt Lake City, UT 84107-5337
```
The following entities were noticed by electronic transmission.
NONE.                                                                                                   TOTAL: 0
            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

 

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jan 28, 2011**                    **Signature:**    *Joseph Speetjens*