## IN THE UNITED STATES BANKRUPTCY COURT FOR
## THE DISTRICT OF UTAH, CENTRAL DIVISION

| In re: CHRIS A BIRO | : | Case No. 11-20873 |
| --- | --- | --- |
| ~~XXX-XX-8172~~ | : | Chapter 7 |
| Debtor(s). | : | Judge Mosier |

### PAYMENT ADVICES[1] CERTIFICATION

Under 11 U.S.C. § 521(a)(1)(B)(iv), I[2], Chris Biro, hereby state as follows (select one):

____  1. I have attached hereto, or previously filed with the Court, copies of **all** payment advices or other evidence of payment received from any employer within 60 days before the date of filing of my bankruptcy petition.

__X__  2. I did not receive any payment advices or other evidence of payment at any point during the 60 days before the date of filing of my bankruptcy petition.

____  3. I received payment advices from an employer during the 60 days before the date of filing of my bankruptcy petition but have been unable to locate all of the documents or replacements. I understand that if I do not submit all payment advices or other evidence of payment within 45 days from the filing of my bankruptcy petition, my case will be **automatically dismissed without further notice or hearing**.

I declare under penalty of perjury that the foregoing statement is true and correct to the best of my knowledge, information and belief.

Dated this ~~December 2008~~.
27 Oct 2010

_____
Chris Biro, Debtor

---

[1] A "Payment Advice" includes, but not limited to, pay stubs attached to your paycheck, employer's statements of hours and earnings, deposit notifications, etc.

[2] A separate form must be submitted by each Debtor in a joint case.

